1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      UNITED STATES OF AMERICA,              No.  2:25-po-00001-CSK

12                Plaintiff,

13           v.                                REFUND ORDER

14      JOSHUA B. KOHLER

15                Defendant.

16

17          On January 15, 2025, Defendant Joshua B. Kohler paid a total amount of $330.00. The

18   ticket issued CA30 F08N002K shows the amount due as a $150.00 fine and $30.00 processing fee

19   for a total amount of $180.00. The February 11, 2025 Warrant for the amount of $360.00 was

20   recalled when the Court was notified of Defendant's $330.00 payment from the Central Violation

21   Bureau (see ECF No. 6).

22          Accordingly, IT IS HEREBY ORDERED that the collateral is reset to $180.00 and

23   Defendant is to be refunded $150.00 due to overpayment.

24          IT IS SO ORDERED.

25

26   Dated:  September 22, 2025

27                                             _____
                                               CHI SOO KIM
28                                             UNITED STATES MAGISTRATE JUDGE

                                                1